# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jeremy Alan Mounce | § | Case No. 14-42972 |
| Naomi Sachiko Mounce | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 11/29/2014 . The case was converted to one under Chapter 7 on 03/31/2015 . The undersigned trustee was appointed on 03/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $          7,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 171.74 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]         $          7,328.26

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/14/2015 and the deadline for filing governmental claims was 08/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 48.25 , for total expenses of $ 48.25 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2016          By:/s/Zane L. Zielinski
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-42972 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Jeremy Alan Mounce | | | | Date Filed (f) or Converted (c): | 03/31/2015 (c) |
| | Naomi Sachiko Mounce | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 09/15/2016 | | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1622 East Street Lockport, Illinois 60441 Single Family Dwel | 160,000.00 | 7,500.00 | | 7,500.00 | FA |
| 2. 2949 Arabian Nights Boulevard Kissimmee, Florida 34747 Times | 1,320.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 4. Bmo Harris Bank Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 5. Bmo Harris Bank Savings Account | 150.00 | 0.00 | | 0.00 | FA |
| 6. Bmo Harris Bank Certified Deposit Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Ing Direct Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. Us Bank Checking Account | 25.00 | 0.00 | | 0.00 | FA |
| 9. Household goods and furnishings, including audio, video, and | 1,070.00 | 0.00 | | 0.00 | FA |
| 10. Personal Items (Paperback Books, Pictures And Used School Bo | 40.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 12. Furs and Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 13. Firearms | 200.00 | 0.00 | | 0.00 | FA |
| 14. slovak Catholic Through Prudential Term Life Insurance Polic | 0.00 | 0.00 | | 0.00 | FA |
| 15. Unum Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 16. Interests in IRA, ERISA, Keogh, or other pension or profit s | 99,876.86 | 0.00 | | 0.00 | FA |
| 17. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 18. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2008 Ford Escape | 6,365.00 | 0.00 | | 0.00 | FA |
| 20. 2006 Dodge Durango | 4,226.00 | 0.00 | | 0.00 | FA |
| 21. 2003 Lincoln Navigator | 1,974.00 | 0.00 | | 0.00 | FA |
| 22. 1991 Sylvan C2091 | 2,200.00 | 0.00 | | 0.00 | FA |
| 23. Animals | 50.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-42972 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Jeremy Alan Mounce | | | | Date Filed (f) or Converted (c): | 03/31/2015 (c) |
| | Naomi Sachiko Mounce | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 09/15/2016 | | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $279,996.86 | $7,500.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Bmo Harris Bank Checking Account No. Ending With 0069 |
| RE PROP # | 5 | -- | Bmo Harris Bank Savings Account No. Ending With 0152 |
| RE PROP # | 6 | -- | Bmo Harris Bank Certified Deposit Account |
| RE PROP # | 7 | -- | Ing Direct Savings Account |
| RE PROP # | 8 | -- | Us Bank Checking Account No. Ending With 6980 |
| RE PROP # | 9 | -- | Used Household Goods, Furnishings And Appliances |
| RE PROP # | 11 | -- | Used Clothing |
| RE PROP # | 12 | -- | Assorted Jewelry (Wedding Bands, Rings) |
| RE PROP # | 13 | -- | Hand Gun |
| RE PROP # | 14 | -- | Slovak Catholic Through Prudential Term Life Insurance Policy No Cash Value |
| RE PROP # | 15 | -- | Unum Term Life Insurance Policy No Cash Value |
| RE PROP # | 16 | -- | Mass Mutual 401(K) |
| RE PROP # | 19 | -- | 2008 Ford Escape With 76,400 Miles Value Per Kbb, Ppv |
| RE PROP # | 20 | -- | 2006 Dodge Durango With 161,000 Miles Value Per Kbb, Ppv |
| RE PROP # | 21 | -- | 2003 Lincoln Navigator With 155,800 Miles Value Per Kbb, Ppv |
| RE PROP # | 22 | -- | 1991 Sylvan C2091 Value Per Nadaguides.Com |
| RE PROP # | 23 | -- | One Dog (Family Pet) |

Initial Projected Date of Final Report (TFR): 01/31/2016    Current Projected Date of Final Report (TFR): 01/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-42972 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Jeremy Alan Mounce | Bank Name: | Associated Bank | |
| | Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX4297 | |
| | | | Checking | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/15/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5077 | Transfer of Funds | 9999-000 | $7,479.22 | | $7,479.22 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,469.22 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.10 | $7,458.12 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.73 | $7,447.39 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.07 | $7,436.32 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.70 | $7,425.62 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.04 | $7,414.58 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.02 | $7,403.56 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.30 | $7,393.26 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.99 | $7,382.27 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.62 | $7,371.65 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.96 | $7,360.69 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.59 | $7,350.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $7,479.22      $129.12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-42972
Case Name: Jeremy Alan Mounce
Naomi Sachiko Mounce

Taxpayer ID No:
For Period Ending: 09/15/2016

Trustee Name: Zane L. Zielinski
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4297
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.93 | $7,339.17 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.91 | $7,328.26 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $7,479.22 | $150.96 |
| Less: Bank Transfers/CD's | $7,479.22 | $0.00 |
| Subtotal | $0.00 | $150.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $150.96 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*    Page Subtotals:    $0.00    $21.84

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-42972 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Jeremy Alan Mounce | Bank Name: | The Bank of New York Mellon | |
| | Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX5077 | |
| | | | Checking | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/15/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/15 | 1 | Glenn B. Stearns, Chapter 13 Standing Trustee PO Box 586 Lisle, Illinois 60532-0586 | Sale of equity in real estate Sale of right title interest to the debtor | 1110-000 | $5,621.85 | | $5,621.85 |
| 05/22/15 | 1 | Naomi S.Mounce and Jeremy Mounce 1622 East Street Lockport, Illinois 60441 | Funds for Purchase of Real Estate Equity | 1110-000 | $1,878.15 | | $7,500.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.78 | $7,479.22 |
| 07/14/15 | | Transfer to Acct # xxxxxx4297 | Transfer of Funds | 9999-000 | | $7,479.22 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,479.22 |
| Subtotal | $7,500.00 | $20.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $20.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $7,500.00          $7,500.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4297 - Checking | $0.00 | $150.96 | $7,328.26 |
| XXXXXX5077 - Checking | $7,500.00 | $20.78 | $0.00 |
|  | $7,500.00 | $171.74 | $7,328.26 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-42972  
Debtor Name: Jeremy Alan Mounce  
Claims Bar Date: 8/14/2015  

Date: September 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $48.25 | $48.25 |
| 1 300 7100 | Pnc Bank. N.A.<br>Po Box 94982<br>Cleveland, Ohio 44101 | Unsecured | | $17,898.00 | $17,898.21 | $17,898.21 |
| 2 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $10,190.00 | $10,159.48 | $10,159.48 |
| 3 300 7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Unsecured | | $0.00 | $13,896.36 | $13,896.36 |
| 6 300 7100 | Td Bank Usa, N.A.<br>C O Weinstein, Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $5,925.00 | $5,925.28 | $5,925.28 |
| 8 300 7100 | Cerastes, Llc<br>C O Weinstein, Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $3,600.00 | $3,600.78 | $3,600.78 |
| 9 300 7100 | Bank Of America, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $3,969.00 | $3,969.29 | $3,969.29 |
| 10 300 7100 | Bank Of America, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $16,480.00 | $16,480.22 | $16,480.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-42972  
Debtor Name: Jeremy Alan Mounce  
Claims Bar Date: 8/14/2015  

Date: September 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Bank Of America, N.A. P O Box 982284 El Paso, Tx 79998-2238 | Unsecured | | $5,084.00 | $5,084.55 | $5,084.55 |
| 12 300 7100 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $2,842.00 | $2,842.11 | $2,842.11 |
| 14 300 7100 | Cavalry Spv I, Llc Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, Az 85712 | Unsecured | | $4,853.00 | $4,962.79 | $4,962.79 |
| 15 300 7100 | Portfolio Recovery Associates, Llc Successor To Ge Capital Retail Bank (Sam Pob 41067 Norfolk, Va 23541 | Unsecured | | $2,727.00 | $2,726.60 | $2,726.60 |
| 16 300 7100 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (The Home Depot) Pob 41067 Norfolk, Va 23541 | Unsecured | | $5,904.00 | $5,904.29 | $5,904.29 |
| 17 300 7100 | Citizens Bank Na 443 Jefferson Blvd Rjw-135 Warwick Ri 02886 | Unsecured | | $1,757.00 | $1,757.32 | $1,757.32 |
| 4 400 4110 | First Personal Bank Ashen Faulkner 217 N. Jefferson St. Ste. 601 Chicago, Il 60661 | Secured | This claim was disallowed by an objection sustained on September 9, 2016. | $82,890.00 | $82,382.33 | $82,382.33 |
| 5 400 4110 | U.S. Bank Home Mortgage U.S. Bank National Association 4801 Frederica Street Owensboro, Kentucky 42301 | Secured | This claim was disallowed by an objection sustained on September 9, 2016. | $33,020.00 | $32,884.30 | $32,884.30 |
| 7 400 4110 | Bmo Harris Bank N.A. Attn: Brk-180-Rc 770 N. Water St. Milwaukee, Wi 53202 | Secured | This claim was disallowed by an objection sustained on September 9, 2016. | $0.00 | $472.33 | $472.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-42972                                                                                                    Date: September 16, 2016
Debtor Name: Jeremy Alan Mounce
Claims Bar Date: 8/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 400 4110 | Carmax Business Services, Llc<br>Attn: Bankruptcy Department<br>225 Chastain Meadows Court<br>Suite 210<br>Kennesaw, Ga 30144 | Secured | This claim was disallowed by an objection sustained on September 9, 2016. | $5,545.00 | $4,834.99 | $4,834.99 |
|  | Case Totals |  |  | $202,684.00 | $217,329.48 | $217,329.48 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                       Printed: September 16, 2016

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-42972
Case Name: Jeremy Alan Mounce
           Naomi Sachiko Mounce
Trustee Name: Zane L. Zielinski

Balance on hand $ 7,328.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: Zane L. Zielinski | $ 48.25 | $ 0.00 | $ 48.25 |

Total to be paid for chapter 7 administrative expenses $ 1,548.25

Remaining Balance $ 5,780.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,207.28  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pnc Bank. N.A. | $ 17,898.21 | $ 0.00 | $ 1,086.60 |
| 2 | Discover Bank | $ 10,159.48 | $ 0.00 | $ 616.78 |
| 3 | American Infosource Lp As Agent For | $ 13,896.36 | $ 0.00 | $ 843.64 |
| 6 | Td Bank Usa, N.A. | $ 5,925.28 | $ 0.00 | $ 359.72 |
| 8 | Cerastes, Llc | $ 3,600.78 | $ 0.00 | $ 218.60 |
| 9 | Bank Of America, N.A. | $ 3,969.29 | $ 0.00 | $ 240.97 |
| 10 | Bank Of America, N.A. | $ 16,480.22 | $ 0.00 | $ 1,000.51 |
| 11 | Bank Of America, N.A. | $ 5,084.55 | $ 0.00 | $ 308.68 |
| 12 | Capital One, N.A. | $ 2,842.11 | $ 0.00 | $ 172.54 |
| 14 | Cavalry Spv I, Llc | $ 4,962.79 | $ 0.00 | $ 301.29 |
| 15 | Portfolio Recovery Associates, Llc | $ 2,726.60 | $ 0.00 | $ 165.53 |
| 16 | Portfolio Recovery Associates, Llc | $ 5,904.29 | $ 0.00 | $ 358.45 |
| 17 | Citizens Bank Na | $ 1,757.32 | $ 0.00 | $ 106.70 |

Total to be paid to timely general unsecured creditors      $          5,780.01

Remaining Balance                                           $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE