# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Mounce, Jeremy Alan, <br> Mounce, Naomi Sachiko, | Bankruptcy 14-42972 |
| | Honorable Bruce W. Black |
| Debtors. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #56)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 6, 2016.

Dated: October 6, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Jeremy Alan Mounce and Naomi Sachiko Mounce,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Deborah S Ashen**   dsa@ashenlaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Charles L. Magerski**   Cmagerski@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
- **Richard Springer**   rspringer@ashenlaw.com

## MANUAL SERVICE LIST

| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
|---|---|
| Jeremy Alan Mounce<br>Naomi Sachiko Mounce<br>1622 East Street<br>Lockport, IL 60441<br>*Debtors* | PNC BANK. N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 |
| **VIA U.S. MAIL**<br>Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | **VIA U.S. MAIL**<br>American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| **VIA U.S. MAIL**<br>First Personal Bank<br>Ashen<br>Faulkner<br>217 N. Jefferson St. Ste. 601<br>Chicago, IL 60661 | **VIA U.S. MAIL**<br>U.S. Bank Home Mortgage<br>U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 |
| **VIA U.S. MAIL**<br>TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | **VIA U.S. MAIL**<br>Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 |

**VIA U.S. MAIL**
Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
(THE HOME DEPOT)
POB 41067
Norfolk, VA 23541

**VIA U.S. MAIL**
Cerastes, Llc
C O Weinstein, Pinson And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, Wa 98121

**VIA U.S. MAIL**
Capital One, N.A.
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Cavalry Spv I, Llc
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, Az 85712

**VIA U.S. MAIL**
Citizens Bank Na
443 Jefferson Blvd Rjw-135
Warwick Ri 02886