UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jeremy Alan Mounce | § | Case No. 14-42972 |
| Naomi Sachiko Mounce | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,644.00 *(Without deducting any secured claims)* | Assets Exempt: 142,352.86 |
| Total Distributions to Claimants: 5,780.01 | Claims Discharged Without Payment: 116,328.59 |
| Total Expenses of Administration: 1,719.99 | |

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,719.99 | 1,719.99 | 1,719.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,130.32 | 95,207.28 | 95,207.28 | 5,780.01 |
| **TOTAL DISBURSEMENTS** | $ 108,130.32 | $ 96,927.27 | $ 96,927.27 | $ 7,500.00 |

4) This case was originally filed under chapter 13 on 11/29/2014 , and it was converted to chapter 7 on 03/31/2015 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2016            By: /s/Zane L. Zielinski
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1622 East Street Lockport, Illinois 60441 Single Family Dwel | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Zane L. Zielinski | 2200-000 | NA | 48.25 | 48.25 | 48.25 |
| Associated Bank | 2600-000 | NA | 150.96 | 150.96 | 150.96 |
| The Bank of New York Mellon | 2600-000 | NA | 20.78 | 20.78 | 20.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,719.99 | $ 1,719.99 | $ 1,719.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspen Collection PO Box 10689 Brooksville, FL 34603 | | 1.00 | NA | NA | 0.00 |
| | Attorney Kevin Mortell 1821 Walden Office Square Suite 400 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Comcast 2001 York Road Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Comcast c/o Credit Management 4200 International Parkway Carrollton, TX 75007 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Services 2500 Lake Cook Road Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eastern Account System Inc Attn: Bankruptcy Dept. Po Box 837 Newtown, CT 06470 | | 117.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | 0.00 | NA | NA | 0.00 |
| | JPMorgan Chase* 270 Park Avenue New York, NY 10017 | | 3,287.00 | NA | NA | 0.00 |
| | JPMorgan Chase* 270 Park Avenue New York, NY 10017 | | 5,999.00 | NA | NA | 0.00 |
| | Mercantile Adjustment Bureau 35A Rust Lane Boerne, TX 78006 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive Suite 200 San Diego, CA 92123 | | 13,896.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | RBS Card Services PO Box 7092 Bridgeport, CT 06601 | | 1,757.32 | NA | NA | 0.00 |
| | Target Credit Card (TC) P.O. Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| | Vacation Village at Parkway PO Box 405947 Atlanta, GA 30384 | | 1.00 | NA | NA | 0.00 |
| | Vision Financial Services 1900 W Severs Road La Porte, IN 46350 | | 1,843.00 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | NA | 13,896.36 | 13,896.36 | 843.64 |
| 10 | Bank Of America, N.A. | 7100-000 | 16,480.00 | 16,480.22 | 16,480.22 | 1,000.51 |
| 11 | Bank Of America, N.A. | 7100-000 | 5,084.00 | 5,084.55 | 5,084.55 | 308.68 |
| 9 | Bank Of America, N.A. | 7100-000 | 3,969.00 | 3,969.29 | 3,969.29 | 240.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Capital One, N.A. | 7100-000 | 2,842.00 | 2,842.11 | 2,842.11 | 172.54 |
| 14 | Cavalry Spv I, Llc | 7100-000 | 4,853.00 | 4,962.79 | 4,962.79 | 301.29 |
| 8 | Cerastes, Llc | 7100-000 | 3,600.00 | 3,600.78 | 3,600.78 | 218.60 |
| 17 | Citizens Bank Na | 7100-000 | 1,757.00 | 1,757.32 | 1,757.32 | 106.70 |
| 2 | Discover Bank | 7100-000 | 10,190.00 | 10,159.48 | 10,159.48 | 616.78 |
| 1 | Pnc Bank. N.A. | 7100-000 | 17,898.00 | 17,898.21 | 17,898.21 | 1,086.60 |
| 15 | Portfolio Recovery Associates, Llc | 7100-000 | 2,727.00 | 2,726.60 | 2,726.60 | 165.53 |
| 16 | Portfolio Recovery Associates, Llc | 7100-000 | 5,904.00 | 5,904.29 | 5,904.29 | 358.45 |
| 6 | Td Bank Usa, N.A. | 7100-000 | 5,925.00 | 5,925.28 | 5,925.28 | 359.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 108,130.32 | $ 95,207.28 | $ 95,207.28 | $ 5,780.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-42972 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Jeremy Alan Mounce | | | | Date Filed (f) or Converted (c): | 03/31/2015 (c) |
| | Naomi Sachiko Mounce | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 12/09/2016 | | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1622 East Street Lockport, Illinois 60441 Single Family Dwel | 160,000.00 | 7,500.00 | | 7,500.00 | FA |
| 2. 2949 Arabian Nights Boulevard Kissimmee, Florida 34747 Times | 1,320.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 4. Bmo Harris Bank Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 5. Bmo Harris Bank Savings Account | 150.00 | 0.00 | | 0.00 | FA |
| 6. Bmo Harris Bank Certified Deposit Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Ing Direct Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. Us Bank Checking Account | 25.00 | 0.00 | | 0.00 | FA |
| 9. Household goods and furnishings, including audio, video, and | 1,070.00 | 0.00 | | 0.00 | FA |
| 10. Personal Items (Paperback Books, Pictures And Used School Bo | 40.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 12. Furs and Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 13. Firearms | 200.00 | 0.00 | | 0.00 | FA |
| 14. slovak Catholic Through Prudential Term Life Insurance Polic | 0.00 | 0.00 | | 0.00 | FA |
| 15. Unum Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 16. Interests in IRA, ERISA, Keogh, or other pension or profit s | 99,876.86 | 0.00 | | 0.00 | FA |
| 17. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 18. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2008 Ford Escape | 6,365.00 | 0.00 | | 0.00 | FA |
| 20. 2006 Dodge Durango | 4,226.00 | 0.00 | | 0.00 | FA |
| 21. 2003 Lincoln Navigator | 1,974.00 | 0.00 | | 0.00 | FA |
| 22. 1991 Sylvan C2091 | 2,200.00 | 0.00 | | 0.00 | FA |
| 23. Animals | 50.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 14-42972 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Jeremy Alan Mounce | | | | Date Filed (f) or Converted (c): | 03/31/2015 (c) |
| | Naomi Sachiko Mounce | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 12/09/2016 | | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $279,996.86 | $7,500.00 | | $7,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report is set for hearing on November 4, 2016.

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Bmo Harris Bank Checking Account No. Ending With 2949 |
| RE PROP # | 5 | -- | Bmo Harris Bank Savings Account No. Ending With 0152 |
| RE PROP # | 6 | -- | Bmo Harris Bank Certified Deposit Account |
| RE PROP # | 7 | -- | Ing Direct Savings Account |
| RE PROP # | 8 | -- | Us Bank Checking Account No. Ending With 6980 |
| RE PROP # | 9 | -- | Used Household Goods, Furnishings And Appliances |
| RE PROP # | 11 | -- | Used Clothing |
| RE PROP # | 12 | -- | Assorted Jewelry (Wedding Bands, Rings) |
| RE PROP # | 13 | -- | Hand Gun |
| RE PROP # | 14 | -- | Slovak Catholic Through Prudential Term Life Insurance Policy No Cash Value |
| RE PROP # | 15 | -- | Unum Term Life Insurance Policy No Cash Value |
| RE PROP # | 16 | -- | Mass Mutual 401(K) |
| RE PROP # | 19 | -- | 2008 Ford Escape With 76,400 Miles Value Per Kbb, Ppv |
| RE PROP # | 20 | -- | 2006 Dodge Durango With 161,000 Miles Value Per Kbb, Ppv |
| RE PROP # | 21 | -- | 2003 Lincoln Navigator With 155,800 Miles Value Per Kbb, Ppv |
| RE PROP # | 22 | -- | 1991 Sylvan C2091 Value Per Nadaguides.Com |
| RE PROP # | 23 | -- | One Dog (Family Pet) |

Initial Projected Date of Final Report (TFR): 01/31/2016      Current Projected Date of Final Report (TFR): 10/06/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-42972 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | Jeremy Alan Mounce | Bank Name: | Associated Bank |
| | Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX4297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2034 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5077 | Transfer of Funds | 9999-000 | $7,479.22 | | $7,479.22 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,469.22 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.10 | $7,458.12 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.73 | $7,447.39 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.07 | $7,436.32 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.70 | $7,425.62 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.04 | $7,414.58 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.02 | $7,403.56 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.30 | $7,393.26 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.99 | $7,382.27 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.62 | $7,371.65 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.96 | $7,360.69 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.59 | $7,350.10 |
| | | | Page Subtotals: | | $7,479.22 | $129.12 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-42972 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Jeremy Alan Mounce | Bank Name: | Associated Bank |
| | Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX4297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2034 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.93 | $7,339.17 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.91 | $7,328.26 |
| 11/04/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,548.25 | $5,780.01 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,500.00) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($48.25) | 2200-000 | | | |
| 11/04/16 | 5002 | Pnc Bank. N.A.<br>Po Box 94982<br>Cleveland, Ohio 44101 | Final distribution to claim 1 representing a payment of 6.07 % per court order. | 7100-000 | | $1,086.60 | $4,693.41 |
| 11/04/16 | 5003 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 6.07 % per court order. | 7100-000 | | $616.78 | $4,076.63 |
| 11/04/16 | 5004 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution to claim 3 representing a payment of 6.07 % per court order. | 7100-000 | | $843.64 | $3,232.99 |
| 11/04/16 | 5005 | Td Bank Usa, N.A.<br>C O Weinstein, Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 6 representing a payment of 6.07 % per court order. | 7100-000 | | $359.72 | $2,873.27 |
| 11/04/16 | 5006 | Cerastes, Llc<br>C O Weinstein, Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 8 representing a payment of 6.07 % per court order. | 7100-000 | | $218.60 | $2,654.67 |
| 11/04/16 | 5007 | Bank Of America, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Distribution | | | $1,550.16 | $1,104.51 |

Page Subtotals: $0.00 $6,245.59

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-42972 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | Jeremy Alan Mounce | Bank Name: | Associated Bank |
| | Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX4297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2034 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Bank Of America, N.A. | Final distribution to claim 9 representing a payment of 6.07 % per court order. ($240.97) | 7100-000 | | | |
| | | Bank Of America, N.A. | Final distribution to claim 10 representing a payment of 6.07 % per court order. ($1,000.51) | 7100-000 | | | |
| | | Bank Of America, N.A. | Final distribution to claim 11 representing a payment of 6.07 % per court order. ($308.68) | 7100-000 | | | |
| 11/04/16 | 5008 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 12 representing a payment of 6.07 % per court order. | 7100-000 | | $172.54 | $931.97 |
| 11/04/16 | 5009 | Cavalry Spv I, Llc Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, Az 85712 | Final distribution to claim 14 representing a payment of 6.07 % per court order. | 7100-000 | | $301.29 | $630.68 |
| 11/04/16 | 5010 | Portfolio Recovery Associates, Llc Successor To Ge Capital Retail Bank (Sam Pob 41067 Norfolk, Va 23541 | Final distribution to claim 15 representing a payment of 6.07 % per court order. | 7100-000 | | $165.53 | $465.15 |
| 11/04/16 | 5011 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (The Home Depot) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 16 representing a payment of 6.07 % per court order. | 7100-000 | | $358.45 | $106.70 |
| 11/04/16 | 5012 | Citizens Bank Na 443 Jefferson Blvd Rjw-135 Warwick Ri 02886 | Final distribution to claim 17 representing a payment of 6.07 % per court order. | 7100-000 | | $106.70 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $7,479.22 | $7,479.22 |
| Less: Bank Transfers/CD's | $7,479.22 | $0.00 |
| Subtotal | $0.00 | $7,479.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,479.22 |
| Page Subtotals: | $0.00 | $1,104.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-42972 | Trustee Name: | Zane L. Zielinski |
| Case Name: Jeremy Alan Mounce | Bank Name: | The Bank of New York Mellon |
| Naomi Sachiko Mounce | Account Number/CD#: | XXXXXX5077 |
| | | Checking |
| Taxpayer ID No: XX-XXX2034 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/15 | 1 | Glenn B. Stearns, Chapter 13 Standing Trustee PO Box 586 Lisle, Illinois 60532-0586 | Sale of equity in real estate Sale of right title interest to the debtor | 1110-000 | $5,621.85 | | $5,621.85 |
| 05/22/15 | 1 | Naomi S.Mounce and Jeremy Mounce 1622 East Street Lockport, Illinois 60441 | Funds for Purchase of Real Estate Equity | 1110-000 | $1,878.15 | | $7,500.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.78 | $7,479.22 |
| 07/14/15 | | Transfer to Acct # xxxxxx4297 | Transfer of Funds | 9999-000 | | $7,479.22 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,479.22 |
| Subtotal | $7,500.00 | $20.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $20.78 |

| | | |
|---|---:|---:|
| Page Subtotals: | $7,500.00 | $7,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4297 - Checking | $0.00 | $7,479.22 | $0.00 |
| XXXXXX5077 - Checking | $7,500.00 | $20.78 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals:  $0.00  $0.00